**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2137**

In re:  KEENAN KESTER COFIELD, a/k/a Berri A. Wells,

　　　　Petitioner.

On Petition for Writ of Mandamus.  (20-16090)

Submitted:  February 18, 2021　　　　　　　　　　Decided:  February 22, 2021

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Keenan Kester Cofield, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keenan Kester Cofield petitions for a writ of mandamus, alleging that the bankruptcy court has unduly delayed acting on multiple motions in relation to his Chapter 7 bankruptcy petition. He seeks an order from this court directing the bankruptcy court to act on those motions and to stay his case pending the resolution of the motions and any subsequent petitions. Our review of the bankruptcy court's docket reveals that the court denied the motions on November 13, 2020. Because the bankruptcy court has recently ruled on Cofield's motions, we deny as moot the portion of his mandamus petition seeking an order directing the court to act and staying the case pending the resolution of the motions. We also deny the portion of the mandamus petition seeking an order staying the case pending the resolution of any subsequent petitions, as Cofield is not entitled to such relief. *See In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018) (stating standard). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*